**Checks not cleared as of 6/4/25**

| Transaction Date | Check # | Payee | Payment Amount |
|---|---|---|---|
| 01/14/2025 | 10542 | Dylan Ochoa | $34.80 |
| 01/14/2025 | 10543 | Nathan Smith | $111.14 |
| 01/14/2025 | 10545 | Joshua Wallace | $40.37 |
| 01/14/2025 | 10547 | Brian Van Till | $8.80 |
| 01/14/2025 | 10549 | Austin Brittingham | $152.84 |
| 01/14/2025 | 10560 | Brandon Flood | $20.56 |
| | | **Total** | **$368.51** |

CORE/0503726.0024/199687667.1

| Check Number | Amount | Check Date | Paid Date | Void Date | Payee | Check Status | Check Age (days) | PSID | Bank Name | District | CLTID | FEIN | Company Name | Check Reference # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911161154 | 89.45 | 01/17/2025 | 02/06/2025 | | Jeremiah Sullivan | Paid | 20 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161155 | 24.45 | 01/17/2025 | 02/11/2025 | | Nathaniel Stevens | Paid | 25 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161156 | 93.53 | 01/17/2025 | 02/03/2025 | | Jack Webb | Paid | 17 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161157 | 107.91 | 01/17/2025 | 02/04/2025 | | John Erickson | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161158 | 181.19 | 01/17/2025 | 02/26/2025 | | Nathan Johnson | Paid | 40 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161159 | 0.96 | 01/17/2025 | 03/13/2025 | | Michael Veit | Paid | 55 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161160 | 386.69 | 01/17/2025 | 02/06/2025 | | Daniel King | Paid | 20 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161161 | 141.15 | 01/17/2025 | 01/31/2025 | | Austin Brittingham | Paid | 14 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161162 | 466.08 | 01/17/2025 | 03/04/2025 | | Antonio Ramirez | Paid | 46 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161163 | 102.64 | 01/17/2025 | | | Nathan Smith | Outstanding | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161164 | 164.64 | 01/17/2025 | 02/10/2025 | | John Vansittert | Paid | 24 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161165 | 134.73 | 01/17/2025 | 01/30/2025 | | Ryan Sullivan | Paid | 13 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |

| Check Number | Amount | Check Date | Paid Date | Void Date | Payee | Check Status | Check Age (days) | PSID | Bank Name | District | CLTID | FEIN | Company Name | Check Reference # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911161166 | 4.25 | 01/17/2025 | 04/10/2025 | | Nicholas Mansfield | Paid | 83 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161167 | 6.16 | 01/17/2025 | 03/04/2025 | | Kyle Stevens | Paid | 46 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161168 | 293.27 | 01/17/2025 | 02/11/2025 | | Donald Shook | Paid | 25 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161169 | 170.39 | 01/17/2025 | 02/04/2025 | | Daniel Fuendling | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161170 | 74.68 | 01/17/2025 | 02/04/2025 | | Devin White | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161171 | 292.13 | 01/17/2025 | 02/14/2025 | | Adam Jacobs | Paid | 28 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161172 | 36.89 | 01/17/2025 | | | Joshua Wallace ing | Outstand | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161173 | 185.35 | 01/17/2025 | 02/13/2025 | | Robert Houseman | Paid | 27 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161174 | 219.97 | 01/17/2025 | 01/30/2025 | | Taylor Bass | Paid | 13 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161175 | 37.67 | 01/17/2025 | 02/19/2025 | | Joshua Liesveld | Paid | 33 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161176 | 166.47 | 01/17/2025 | 02/25/2025 | | John McClendon | Paid | 39 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161177 | 546.89 | 01/17/2025 | 02/03/2025 | | Mark Watkins | Paid | 17 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |

CORE/0503726.0024/199687667.1

| Check Number | Amount | Check Date | Paid Date | Void Date | Payee | Check Status | Check Age (days) | PSID | Bank Name | District | CLTID | FEIN | Company Name | Check Reference # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911161178 | 6.04 | 01/17/2025 | 04/15/2025 | | Aaron Laux | Paid | 88 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |
| 911161179 | 67.15 | 01/17/2025 | 02/03/2025 | | Nicholas Welchert | Paid | 17 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161180 | 252.54 | 01/17/2025 | 01/31/2025 | | Steven Rew | Paid | 14 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161181 | 39.29 | 01/17/2025 | 02/03/2025 | | Trenton Braile | Paid | 17 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161182 | 45.52 | 01/17/2025 | | | John Largent | Outstanding | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161183 | 8.14 | 01/17/2025 | | | Brian Van Till | Outstanding | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161184 | 51.78 | 01/17/2025 | 02/07/2025 | | David Jones | Paid | 21 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161185 | 106.24 | 01/17/2025 | 04/22/2025 | | Ryan Laux | Paid | 95 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161186 | 32.13 | 01/17/2025 | | | Dylan Ochoa | Outstanding | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161187 | 277.59 | 01/17/2025 | 02/04/2025 | | Brandon Coomes | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161188 | 66.16 | 01/17/2025 | 02/04/2025 | | Gregory Wuesting | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161189 | 75.69 | 01/17/2025 | 02/13/2025 | | William Clark | Paid | 27 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161190 | 19.00 | 01/17/2025 | | | Brandon Flood | Outstanding | 137 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161191 | 82.12 | 01/17/2025 | 01/30/2025 | | Seth Sommers | Paid | 13 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |

CORE/0503726.0024/199687667.1

| Check Number | Amount | Check Date | Paid Date | Void Date | Payee | Check Status | Check Age (days) | PSID | Bank Name | District | CLTID | FEIN | Company Name | Check Reference # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911161192 | 17.21 | 01/17/2025 | 02/06/2025 | | Matthew Spohn | Paid | 20 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161193 | 6.63 | 01/17/2025 | 03/13/2025 | | Darren Luppens | Paid | 55 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161194 | 53.82 | 01/17/2025 | 02/10/2025 | | Lee Kelly | Paid | 24 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161195 | 94.47 | 01/17/2025 | 02/10/2025 | | Jonathan Wood | Paid | 24 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161196 | 29.19 | 01/17/2025 | 02/24/2025 | | Jared Cogan | Paid | 38 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161197 | 853.97 | 01/17/2025 | 03/31/2025 | | Bryan Barker | Paid | 73 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161198 | 88.08 | 01/17/2025 | 02/10/2025 | | Ryan Waters | Paid | 24 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161199 | 34.32 | 01/17/2025 | 02/04/2025 | | Charles Stubbs | Paid | 18 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161200 | 69.68 | 01/17/2025 | 02/21/2025 | | Jared Petenter | Paid | 35 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161201 | 540.93 | 01/17/2025 | 02/05/2025 | | Charles Kidwell | Paid | 19 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161202 | 62.29 | 01/17/2025 | 01/31/2025 | | Trenton McArthur | Paid | 14 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161203 | 21.16 | 01/17/2025 | 03/11/2025 | | Jeremy Kenyon | Paid | 53 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161204 | 373.06 | 01/17/2025 | 02/25/2025 | | John Brown | Paid | 39 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |
| 911161205 | 69.56 | 01/17/2025 | 02/21/2025 | | Daniel Jones | Paid | 35 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPEND | N/A |

CORE/0503726.0024/199687667.1

| Check Number | Amount | Check Date | Paid Date | Void Date | Payee | Check Status | Check Age (days) | PSID | Bank Name | District | CLTID | FEIN | Company Name | Check Reference # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911161206 | 34.98 | 01/17/2025 | 02/21/2025 | | James Schuberth | Paid | 35 | K299 | Bank Of America | 001 | U1275-00 | 446000190 | CITY OF INDEPENDENCE | N/A |





## Check Information

Check Number:0000010540
Account Number:9872330579
Amount:$38103.75
Post Date:2025-01-28
R/T:101000695
DIN:82004469

Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=e4ec81a6-a8ba-4738-8f2d-1dafd4c316c6&clientInstanceId=e4ec81a6-a8ba-47... 1/1





## Check Information

Check Number:0000010541
Account Number:9872330579
Amount:$37.88
Post Date:2025-02-21
R/T:101000695
DIN:85160608


Return Reason:N/A





## Check Information

Check Number:0000010544
Account Number:9872330579
Amount:$96.87
Post Date:2025-02-06
R/T:101000695
DIN:84176552


Return Reason:N/A





## Check Information

Check Number:0000010546
Account Number:9872330579
Amount:$71.64
Post Date:2025-02-03
R/T:101000695
DIN:31308951


Return Reason:N/A





## Check Information

Check Number:0000010550
Account Number:9872330579
Amount:$101.28
Post Date:2025-02-03
R/T:101000695
DIN:81231413


Return Reason:N/A





## Check Information

Check Number:0000010551
Account Number:9872330579
Amount:$18.63
Post Date:2025-02-06
R/T:101000695
DIN:84175349

Return Reason:N/A



**Check Information**

Check Number:0000010552
Account Number:9872330579
Amount:$504.69
Post Date:2025-03-04
R/T:101000695
DIN:82251843

Return Reason:N/A





## Check Information

Check Number:0000010553
Account Number:9872330579
Amount:$67.45
Post Date:2025-01-31
R/T:101000695
DIN:85156205

Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=d4c9321d-f0b7-410a-b1c7-cad49491bc28&clientInstanceId=d4c9321d-f0b7-41... 1/1





## Check Information

Check Number:0000010554
Account Number:9872330579
Amount:$49.30
Post Date:2025-02-03
R/T:101000695
DIN:81229083


Return Reason:N/A





## Check Information

Check Number:0000010555
Account Number:9872330579
Amount:$316.34
Post Date:2025-02-14
R/T:101000695
DIN:85146533

Return Reason:N/A





## Check Information

Check Number:0000010556
Account Number:9872330579
Amount:$41.22
Post Date:2025-02-19
R/T:101000695
DIN:83265108


Return Reason:N/A





## Check Information

Check Number:0000010557
Account Number:9872330579
Amount:$238.20
Post Date:2025-01-30
R/T:101000695
DIN:84001754

Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=1916414a-884d-44f1-b876-797a06963614&clientInstanceId=1916414a-884d-4... 1/1





## Check Information

Check Number:0000010558
Account Number:9872330579
Amount:$276.77
Post Date:2025-01-31
R/T:101000695
DIN:85001642


Return Reason:N/A





## Check Information

Check Number:0000010559
Account Number:9872330579
Amount:$22.91
Post Date:2025-03-11
R/T:101000695
DIN:82216074


Return Reason:N/A





## Check Information

Check Number:0000010561
Account Number:9872330579
Amount:$419.60
Post Date:2025-02-06
R/T:101000695
DIN:84175350

Return Reason:N/A





## Check Information

Check Number:0000010562
Account Number:9872330579
Amount:$403.96
Post Date:2025-02-25
R/T:101000695
DIN:82212907

Return Reason:N/A





## Check Information

Check Number:0000010563
Account Number:9872330579
Amount:$99.37
Post Date:2025-02-10
R/T:101000695
DIN:81236012


Return Reason:N/A





## Check Information

Check Number:0000010564
Account Number:9872330579
Amount:$4.66
Post Date:2025-04-10
R/T:101000695
DIN:84168695


Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=3244deb0-4b43-418c-968d-1ee817d73e39&clientInstanceId=3244deb0-4b43-4...    1/1





## Check Information

Check Number:0000010565
Account Number:9872330579
Amount:$118.13
Post Date:2025-02-04
R/T:101000695
DIN:82239546


Return Reason:N/A



**Thomas McGee, LC on behalf of**
City of Independence
P.O. Box 419013
Kansas City, MO 64141-6013

UMB Bank, N.A.

18-69
1010

010566

Check Date 1/14/2025

PAY Twenty Six Dollars and Forty Seven Cents ************$26.47

VOID AFTER 90 DAYS

TO THE ORDER OF Nathaniel Stevens

⑆010566⑆ ⑈101000695⑇ ⑈9872330579⑈



BOFD 301081508
1/31/2025, 10:20:26, 8200312537218
101070

## Check Information

Check Number:0000010566
Account Number:9872330579
Amount:$26.47
Post Date:2025-02-03
R/T:101000695
DIN:81229266

Return Reason:N/A





## Check Information

Check Number:0000010567
Account Number:9872330579
Amount:$88.92
Post Date:2025-01-30
R/T:101000695
DIN:84162207

Return Reason:N/A





## Check Information

Check Number:0000010568
Account Number:9872330579
Amount:$196.20
Post Date:2025-02-26
R/T:101000695
DIN:83173375

Return Reason:N/A





## Check Information

Check Number:0000010569
Account Number:9872330579
Amount:$180.26
Post Date:2025-02-25
R/T:101000695
DIN:82208615

Return Reason:N/A





## Check Information

Check Number:0000010570
Account Number:9872330579
Amount:$31.61
Post Date:2025-02-24
R/T:101000695
DIN:81221117

Return Reason:N/A



Thomas McGee, LC on behalf of
City of Independence
P.O. Box 419013
Kansas City, MO 64141-6013

UMB Bank, N.A.

15-62
1010

010571

Check Date    1/14/2025

PAY    Eighty One Dollars and Seventy Six Cents    ************$81.76

VOID AFTER 90 DAYS

TO
THE
ORDER
OF    Devin White

⑆010571⑆ ⑈101000695⑈ ⑉9872330579⑈



Mobile Deposit? 101000019
00881781
2025-02-01
010280974

CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE:

## Check Information

Check Number:0000010571
Account Number:9872330579
Amount:$81.76
Post Date:2025-02-04
R/T:101000695
DIN:82225928

Return Reason:N/A





## Check Information

Check Number:0000010572
Account Number:9872330579
Amount:$200.70
Post Date:2025-02-13
R/T:101000695
DIN:84149077

Return Reason:N/A



**Thomas McGee, LC on behalf of**
City of Independence
P.O. Box 419013
Kansas City, MO 64141-6013

18-49
1010                    010573

UMB Bank, N.A.

Check Date    1/14/2025

PAY    Five Hundred Eighty Five Dollars and Seventy Four Cents          *************$585.74

VOID AFTER 90 DAYS

TO
THE        Charles Kidwell
ORDER
OF                                                        *Thomas M. Engle*

⑈0 10573⑈  ⑈101000695⑈  ⑈9872330579⑈

## Check Information

Check Number:0000010573
Account Number:9872330579
Amount:$585.74
Post Date:2025-02-05
R/T:101000695
DIN:83188168

Return Reason:N/A





## Check Information

Check Number:0000010574
Account Number:9872330579
Amount:$317.57
Post Date:2025-02-11
R/T:101000695
DIN:82217398

Return Reason:N/A





## Check Information

Check Number:0000010575
Account Number:9872330579
Amount:$184.51
Post Date:2025-02-04
R/T:101000695
DIN:82002904

Return Reason:N/A





## Check Information

Check Number:0000010576
Account Number:9872330579
Amount:$81.96
Post Date:2025-02-13
R/T:101000695
DIN:84143034

Return Reason:N/A





## Check Information

Check Number:0000010577
Account Number:9872330579
Amount:$72.71
Post Date:2025-02-03
R/T:101000695
DIN:81233292


Return Reason:N/A





## Check Information

Check Number:0000010578
Account Number:9872330579
Amount:$102.30
Post Date:2025-02-10
R/T:101000695
DIN:81227369

Return Reason:N/A





## Check Information

Check Number:0000010579
Account Number:9872330579
Amount:$1.04
Post Date:2025-03-13
R/T:101000695
DIN:84176590

Return Reason:N/A





## Check Information

Check Number:0000010580
Account Number:9872330579
Amount:$75.34
Post Date:2025-02-21
R/T:101000695
DIN:85154369

Return Reason:N/A





## Check Information

Check Number:0000010581
Account Number:9872330579
Amount:$37.15
Post Date:2025-02-04
R/T:101000695
DIN:82232842

Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=955986ab-e7a0-474a-915c-4c9ca0343ba7&clientInstanceId=955986ab-e7a0-... 1/1





## Check Information

Check Number:0000010582
Account Number:9872330579
Amount:$145.90
Post Date:2025-01-30
R/T:101000695
DIN:84157541


Return Reason:N/A





## Check Information

Check Number:0000010583
Account Number:9872330579
Amount:$307.21
Post Date:2025-02-04
R/T:101000695
DIN:82002864

Return Reason:N/A





## Check Information

Check Number:0000010584
Account Number:9872330579
Amount:$75.45
Post Date:2025-02-21
R/T:101000695
DIN:85002520

Return Reason:N/A

Case 4:23-cv-00028-DGK    Document 96-4    Filed 06/06/25    Page 44 of 54





## Check Information

Check Number:0000010585
Account Number:9872330579
Amount:$6.67
Post Date:2025-03-04
R/T:101000695
DIN:82004749

Return Reason:N/A





## Check Information

Check Number:0000010586
Account Number:9872330579
Amount:$115.05
Post Date:2025-04-22
R/T:101000695
DIN:82238220

Return Reason:N/A





## Check Information

Check Number:0000010587
Account Number:9872330579
Amount:$7.19
Post Date:2025-03-13
R/T:101000695
DIN:84176486


Return Reason:N/A





## Check Information

Check Number: 0000010588
Account Number: 9872330579
Amount: $58.27
Post Date: 2025-02-10
R/T: 101000695
DIN: 81228040

Return Reason: N/A





## Check Information

Check Number:0000010589
Account Number:9872330579
Amount:$6.54
Post Date:2025-04-15
R/T:101000695
DIN:82228416


Return Reason:N/A





## Check Information

Check Number:0000010590
Account Number:9872330579
Amount:$614.13
Post Date:2025-02-03
R/T:101000695
DIN:81220632

Return Reason:N/A

https://umbdirect.umb.com/virtualviewer/getCheckImage?documentId=829ac61b-98ac-4070-8d64-3002376aecde&clientInstanceId=829ac61b-98ac-4…    1/1



## Check Information

Check Number:0000010591
Account Number:9872330579
Amount:$178.28
Post Date:2025-02-10
R/T:101000695
DIN:81241974

Return Reason:N/A





## Check Information

Check Number:0000010592
Account Number:9872330579
Amount:$56.06
Post Date:2025-02-07
R/T:101000695
DIN:85150273


Return Reason:N/A





## Check Information

Check Number:0000010593
Account Number:9872330579
Amount:$1033.31
Post Date:2025-03-31
R/T:101000695
DIN:81225285


Return Reason:N/A





## Check Information

Check Number:0000010548
Account Number:9872330579
Amount:$42.54
Post Date:2025-02-03
R/T:101000695
DIN:81220622

Return Reason:N/A