# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| DONNIE SHOOK,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE CITY OF INDEPENDENCE, MISSOURI,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:23-cv-00028-DGK |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Settlement Agreement (Doc. 96) is APPROVED.

| | |
|---|---|
| June 9, 2025<br>Dated | Paige Wymore-Wynn<br>Clerk of Court |
| June 9, 2025<br>Entered | /s/ Tracy Strodtman<br>(by) Deputy Clerk |